**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o A.M. and C.F., <br><br> Plaintiff(s), <br><br> v. <br><br> MAQUET CARDIOVASCULAR, LLC; ABC CORP. (1-10) (Said names being fictitious and unknown entities) <br><br> Defendant(s), | CIVIL ACTION NO.: 2:13-cv-01473-SRC-CLW <br><br> **CIVIL ACTION** <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| MAQUET CARDIOVASCULAR, LLC, <br><br> Third-Party Plaintiff <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY <br><br> Third-Party Defendant. | |

It is hereby stipulated and agreed that all claims against Maquet Cardiovascular, LLC in the above-captioned matter are hereby dismissed without costs against any parties without prejudice. It is further stipulated and agreed that Defendant Maquet Cardiovascular, LLC, hereby dismisses its Third-Party Complaint against Horizon Blue Cross Blue Shield of New Jersey without costs and without prejudice.

Massood & Bronsnick, LLC
Attorneys at Law

| Massood & Bronsnick, LLC | Fox Rothschild, LLP |
|---|---|
| *signature* | *signature* |
| Andrew R. Bronsnick, Esq.<br>*Attorneys for Plaintiff* | Keith R. McMurdy, Esq.<br>*Attorneys for Defendant* |

Dated: May 6, 2013

5/9/13
SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.