**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o C.F. & A.M., <br><br> Plaintiff(s), <br><br> v. <br><br> MAQUET CARDIOVASCULAR, LLC; ABC CORP. (1-10) (Said names being fictitious and unknown entities) <br><br> Defendant(s). <br><br> MAQUET CARDIOVASCULAR, LLC, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY <br><br> Third-Party Defendant. | CIVIL ACTION NO.: 2:13-cv-01473 <br><br> **CIVIL ACTION** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed that all claims against Maquet Cardiovascular, LLC in the above-captioned matter are hereby dismissed without costs against any parties with prejudice. It is further stipulated and agreed that Defendant Maquet Cardiovascular, LLC, hereby dismisses its Third-Party Complaint against Horizon Blue Cross Blue Shield of New Jersey without costs and with prejudice.

Massood & Bronsnick, LLC
Attorneys at Law

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Fox Rothschild, LLP

_____
Keith R. Mc Murdy, Esq.
*Attorneys for Defendant*

Dated: May 30, 2013