**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o C.F. & A.M., | CIVIL ACTION NO.: 2:13-cv-01473 |
| Plaintiff(s), | **CIVIL ACTION** |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| MAQUET CARDIOVASCULAR, LLC; ABC CORP. (1-10) (Said names being fictitious and unknown entities) | |
| Defendant(s). | |
| MAQUET CARDIOVASCULAR, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY | |
| Third-Party Defendant. | |

It is hereby stipulated and agreed that all claims against Maquet Cardiovascular, LLC in the above-captioned matter are hereby dismissed without costs against any parties with prejudice. It is further stipulated and agreed that Defendant Maquet Cardiovascular, LLC, hereby dismisses its Third-Party Complaint against Horizon Blue Cross Blue Shield of New Jersey without costs and with prejudice.

Massood & Bronsnick, LLC
Attorneys at Law

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Fox Rothschild, LLP

_____
Keith R. Mc Murdy, Esq.
*Attorneys for Defendant*

Dated: May 30, 2013

6/10/13

SO ORDERED: _____
STANLEY R. CHESLER, U.S.D.J.

Massood & Bronsnick, LLC
Attorneys at Law